# EXHIBIT A

**Exhibit A**

Relationships between Corporations and Physicians, uses of Front Groups
and Selective Deceptive Marketing Materials and Resources

